GARDNER, J.—Petitioner of Lin Gobel for certiorari to Court of Appeals to review and revise the judgment of said court renfirming the judgment of the trial court in *Gobel v. The State,* 15 Ala. App. 178, 72 South. 756.   Writ denied.

## EX PARTE HOWLE.

(Decided October 19, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

A. LATADY, for petitioner.   W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

MAYFIELD, J.—Petition of James T. Howle for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Howle v. The State,* 15 Ala. App. 185, 72 South. 759.   Writ denied.

## EX PARTE JAMES.

(Decided October 19, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

WILLIAM VARNER, for petitioner.   W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

Per Curiam.—Petition of Bunk James for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *James v. The State,* 15 Ala. App. 89, 72 South. 585.   Writ denied.

## EX PARTE JAY.

(Decided December 21, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

W. O. MULKEY, for petitioners.   W. L. MARTIN, Attorney General, and HARWELL DAVIS, Assistant Attorney General, contra.

Per Curiam.—Petition of John D. Jay for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Jay v. The State,* 15 Ala. App. 255, 73 South. 137.   Writ denied.